Certificate Number: 15317-ILN-DE-037267380

Bankruptcy Case Number: 23-03376



15317-ILN-DE-037267380

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 16, 2023, at 11:43 o'clock AM PDT, Tashuanda Clayton completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   March 16, 2023              By:     /s/Philip Sta. Teresa

                                    Name:   Philip Sta. Teresa

                                    Title:  Certified Counselor